# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

——————

No. 18-50308
Conference Calendar

——————

United States Court of Appeals
Fifth Circuit

**FILED**
February 1, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

FRANCISCO JAVIER SAUCEDO-VASQUEZ, also known as Raul Pena Banda, also known as Raul Pena-Banda, also known as Francisco Javier Vasquez-Saucedo, also known as Francisco Saucedo-Vasquez, also known as Javier Francisco, also known as Javier Saucedo Vasuez, also known as Francisco Javier Sauceda, also known as Javier V. Saucedo, also known as Francisco Javier Vasquez, also known as Francisco J. Saucedo, also known as Francisco Javier Saucedo,

Defendant-Appellant

_____

Consolidated with No. 18-50314

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

FRANCISCO SAUCEDO-VASQUEZ, also known as Francisco Javier Saucedo-Vasquez,

Defendant-Appellant

No. 18-50308
c/w No. 18-50314

Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:18-CR-27-1

Before DAVIS, JONES, and DUNCAN, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Francisco Javier Saucedo-Vasquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Saucedo-Vasquez has not filed a response. We have reviewed counsel's brief and the relevant portions of the records reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.